I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/27/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEP. MARTINEZ, et al.,<br><br>　　　　Defendants. | Case No. CV 08-2801-DOC (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 26, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE